FILED
CLERK, U.S. DISTRICT COURT
MAY - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 10-121-GW |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| JOSE EMILIO HERNANDEZ, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offenses;_ _unknown background and residence information_ _____

and/or

| | |
|---|---|
| 1 | B.    ( ) The defendant has not met his/her burden of establishing by clear and |
| 2 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 3 | other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This |
| 4 | finding is based on: _____ |
| 5 | _____ |
| 6 | _____ |
| 7 | _____ |

       IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 6, 2013

*/s/ Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge